Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "Fiesta Fabric," <br><br> Plaintiff, <br><br> vs. <br><br> J.C. PENNEY CORPORATION, INC., a Delaware Corporation; AQUARIUS RAGS, LLC, a California Limited Liability Company, individually, and doing business as "Allen B. by Allen Schwartz"; and DOES 1-10, <br><br> Defendants. | Case No.: CV12-7922 MWF (AJWx) <br> <u>Honorable Michael W. Fitzgerald Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

## ***ORDER:***

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

    A.    This action is dismissed with prejudice;

    B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

    C.    The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: December 4, 2012    By: _____
                                       HONORABLE MICHAEL W. FITZGERALD
                                       U.S. DISTRICT COURT JUDGE